Electronically Filed
11/5/2024 1:28 PM
Steven D. Grierson
CLERK OF THE COURT

AOS

**DISTRICT COURT
CLARK COUNTY, NEVADA**

EDDIE FRIERON, ET AL — Plaintiff

vs

FRONTIER AIRLINES, INC. A COLORADO CORPORATION — Defendant

CASE NO: A-24-904360-C
HEARING DATE/TIME:
DEPT NO: 8

## AFFIDAVIT OF SERVICE

SAMANTHA CURL being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceedings in which this affidavit is made. That affiant received 1 copy(ies) of the SUMMONS, COMPLAINT, on the 24th day of October, 2024 and served the same on the 31st day of October, 2024, at 14:53 by:

serving the servee FRONTIER AIRLINES, Inc C/O REGISTERED AGENT CORPORATION SERVICE COMPANY by personally delivering and leaving a copy at (address) 112 NORTH CURRY STREET, CARSON CITY NV 89703 with KRIS KENNISON, ADMIN ASST pursuant to NRS 14,020 as a person of suitable age and discretion at the above address, which address is the address of the resident agent as shown on the current certificate of designation filed with the Secretary of State.

Pursuant to NRS 53.045

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

EXECUTED this __31__ day of __Oct__, __2024__

SAMANTHA CURL
R-2022-02620

Junes Legal Service, Inc. - 630 South 10th Street - Suite B - Las Vegas NV 89101 - 702.579.6300 - fax 702.259.6249 - Process License #1068

EP294603 216666

Copyright © 2018 Junes Legal Service, Inc. and Outside The Box

Case Number: A-24-904360-C