CHARLES A. MICHALEK, ESQ.
Nevada Bar No. 5721
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Phone (702) 383-3400
Fax (702) 384-1460
Email: cmichalek@rmcmlaw.com

-and-

BRIAN T. MAYE, ESQ.
(Pro Hac Vice Application to be filed)
Fitzpatrick, Hunt & Pagano, LLP
10 South LaSalle Street, Suite 3400
Chicago, Illinois 60603
Phone (312) 728-4000
Fax (312) 728-4950
Email: brian.maye@fitzhunt.com

*Attorneys for Defendant FRONTIER AIRLINES, INC.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDDIE FRIERSON, an individual; ALBERTO CARDOSO-RAMIREZ, an individual; and ANA FIGUEROA-CUEVA, an individual; <br><br> Plaintiffs, <br><br> v. <br><br> FRONTIER AIRLINES, INC., a Colorado Corporation; Doe Individuals 1-XX, inclusive; and ROE Entities 1-XX; <br><br> Defendants. | Case No.: 2:24-cv-02181 |

**DEFENDANT FRONTIER AIRLINES, INC.'S ERRATA TO "EXHIBIT C" TO THE NOTICE OF REMOVAL**

- 1 -

Defendant, FRONTIER AIRLINES, INC. ("Frontier"), by and through their attorneys, ROGERS, MASTRANGELO, CARVALHO & MITCHELL, hereby submits this Errata to properly reflect the correct Exhibit C (State Court Docket), which is attached herein, in their previously filed Notice of Removal.

Dated: November 21, 2024.

ROGERS, MASTRANGELO, CARVALHO & MITCHELL

By: /s/ CHARLES A. MICHALEK

CHARLES A. MICHALEK, ESQ.
Nevada Bar No. 5721
700 South Third Street
Las Vegas, Nevada 89101
Phone (702) 383-3400
Email: cmichalek@rmcmlaw.com

-and-

BRIAN T. MAYE, ESQ.
(Pro Hac Vice Application to be filed)
Fitzpatrick, Hunt & Pagano, LLP
10 South LaSalle Street, Suite 3400
Chicago, Illinois 60603
Phone (312) 728-4000
Email: brian.maye@fitzhunt.com

***Attorneys for Defendant FRONTIER AIRLINES, INC.***

**CERTIFICATE OF SERVICE**

I certify that on November 21, 2024, I caused the foregoing **DEFENDANT FRONTIER AIRLINES, INC.'S ERRATA TO "EXHIBIT C" TO THE NOTICE OF REMOVAL** to be served via the CM/ECF filing system to all parties on the service list as follows:

> STEVE DIMOPOULOS, ESQ.
> NV Bar No. 12729
> DIMOPOULOS LAW FIRM
> 6671 S. Las Vegas Blvd., Suite 275
> Las Vegas, NV 89119
> sc@stevedimopoulos.com

          /s/ *Mandi Zambai*
      An employee of
      ROGERS, MASTRANGELO, CARVALHO & MITCHELL