Case 2:24-cv-02181-RFB-MDC   Document 2-1   Filed 11/21/24   Page 1 of 1

Skip to Main Content Logout My Account Search Menu New District Civil/Criminal Search Refine Search  Back     Location : District Court Civil/Criminal   Help

# REGISTER OF ACTIONS
### CASE NO. A-24-904360-C

| | | |
|---|---|---|
| Eddie Frierson, Plaintiff(s) vs. Frontier Airlines Inc, Defendant(s) | Case Type: | Negligence - Other Negligence |
| | Date Filed: | 10/21/2024 |
| | Location: | Department 8 |
| | Cross-Reference Case Number: | A904360 |

---

## PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| **Defendant** | Frontier Airlines Inc | |
| **Plaintiff** | Cardoso-Ramirez, Alberto | Steven K. Dimopoulos<br>*Retained*<br>702-800-6000(W) |
| **Plaintiff** | Figueroa-Cueva, Ana | Steven K. Dimopoulos<br>*Retained*<br>702-800-6000(W) |
| **Plaintiff** | Frierson, Eddie | Steven K. Dimopoulos<br>*Retained*<br>702-800-6000(W) |

---

## EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 10/21/2024 | **Complaint**    Doc ID# 1<br>  *[1] Complaint* |
| 10/21/2024 | **Initial Appearance Fee Disclosure**    Doc ID# 2<br>  *[2] Initial Appearance Fee Disclosure* |
| 10/21/2024 | **Summons Electronically Issued - Service Pending**    Doc ID# 3<br>  *[3] Summons* |
| 11/05/2024 | **Affidavit of Service**    Doc ID# 4<br>  *[4] Affidavit of Service on Defendant Frontier Airlines, Inc., A Colorado Corporation* |

---

## FINANCIAL INFORMATION

**Plaintiff** Frierson, Eddie
Total Financial Assessment    330.00
Total Payments and Credits    330.00
**Balance Due as of 11/21/2024**    **0.00**

| | | | | |
|---|---|---|---|---|
| 10/23/2024 | Transaction Assessment | | | 270.00 |
| 10/23/2024 | Efile Payment | Receipt # 2024-82212-CCCLK | Frierson, Eddie | (270.00) |
| 10/23/2024 | Transaction Assessment | | | 60.00 |
| 10/29/2024 | Online Payment | Receipt # 2024-85356-CCCLK | Steve Dimopoulos | (60.00) |