CHARLES A. MICHALEK, ESQ.
Nevada Bar No. 5721
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Phone (702) 383-3400
Fax (702) 384-1460
Email: cmichalek@rmcmlaw.com

-and-

BRIAN T. MAYE, ESQ.
(Pro Hac Vice Application to be filed)
Fitzpatrick, Hunt & Pagano, LLP
10 South LaSalle Street, Suite 3400
Chicago, Illinois 60603
Phone (312) 728-4000
Fax (312) 728-4950
Email: brian.maye@fitzhunt.com

*Attorneys for Defendant FRONTIER AIRLINES, INC.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EDDIE FRIERSON, an individual; ALBERTO CARDOSO-RAMIREZ, an individual; and ANA FIGUEROA-CUEVA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>FRONTIER AIRLINES, INC., a Colorado Corporation; Doe Individuals 1-XX, inclusive; and ROE Entities 1-XX;<br><br>Defendants. | Case No.: 2:24-cv-02181<br><br>**DEFENDANT FRONTIER AIRLINES, INC.'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rules of Civil Procedure Rule 7.1 and Local Rule 7.1-1, through undersigned counsel, DEFENDANT FRONTIER AIRLINES, INC. ("Frontier"), hereby submits its Certificate of Interested Parties and Corporate Disclosure Statement as follows:

- 1 -

1. Frontier is wholly owned by Frontier Airlines Holdings, Inc. Frontier Airlines Holdings, Inc. is wholly owned by Frontier Group Holdings, Inc., a publicly traded corporation. No publicly held corporation directly owns 10% or more of Frontier Airlines, Inc.'s stock.

2. The undersigned certifies that the following may have a direct, pecuniary interest in the outcome of this case:

   a. Plaintiff Eddie Frierson, is and was a citizen of San Diego County, State of California.

   b. Plaintiff Alberto Cardoso-Ramirez, is and was a citizen of Clark County, State of Nevada.

   c. Plaintiff Ana Figueroa-Cueva, is and was a citizen of Clark County, State of Nevada.

   d. Frontier Airlines, Inc., a Colorado corporation.

   e. Frontier Airlines Holdings, Inc., a Delaware corporation.

   f. Frontier Group Holdings, Inc., a Delaware corporation.

   g. Frontier certifies that it has no knowledge of any interested parties other than those participating in the above matter.

3. The undersigned further certifies that the following is a full and complete list of all known persons serving as attorneys for the parties in this proceeding at this time:

   a. Charles A. Michalek, Esq., Rogers, Mastrangelo, Carvalho & Mitchell – counsel for Frontier.

   b. Brian T. Maye, Fitzpatrick, Hunt & Pagano, LLP – counsel for Frontier.

   c. Edward Tarolli, Fitzpatrick, Hunt & Pagano, LLP – counsel for Frontier.

   d. Steve Dimopoulos, Esq., Dimopoulos Law Firm, counsel for Plaintiffs.

   e. Jared B. Kahn, Esq., Dimopoulos Law Firm, counsel for Plaintiffs.

   f. Scott R. Cook, Esq., Dimopoulos Law Firm, counsel for Plaintiffs.

     These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: November 22, 2024

ROGERS, MASTRANGELO, CARVALHO & MITCHELL

By: /s/ *CHARLES A. MICHALEK*

CHARLES A. MICHALEK, ESQ.
Nevada Bar No. 5721
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Phone (702) 383-3400
Email: cmichalek@rmcmlaw.com

-and-

BRIAN T. MAYE, ESQ.
(Pro Hac Vice Application to be filed)
Fitzpatrick, Hunt & Pagano, LLP
10 South LaSalle Street, Suite 3400
Chicago, Illinois 60603
Phone (312) 728-4000
Email: brian.maye@fitzhunt.com

***Attorneys for Defendant FRONTIER AIRLINES, INC***

## CERTIFICATE OF SERVICE

I certify that on November 22, 2024, I caused the foregoing **CERTIFICATE OF INTERESTED PARTIES** to be electronically filed with the U.S. District Court for the District of Nevada by the CM/ECF system, with a copy of such document having been served on counsel listed below.

>STEVE DIMOPOULOS, ESQ.
>NV Bar No. 12729
>DIMOPOULOS LAW FIRM
>6671 S. Las Vegas Blvd., Suite 275
>Las Vegas, NV 89119
>sc@stevedimopoulos.com

By: /s/ *Carolyn Mangundayao*

An employee of
ROGERS, MASTRANGELO, CARVALHO & MITCHELL