1  STEVE DIMOPOULOS, ESQ.
   Nevada Bar No. 12729
2  JARED B. KAHN, ESQ.
   Nevada Bar No. 12603
3  SCOTT R. COOK, ESQ.
4  Nevada Bar No. 5265
   DIMOPOULOS LAW FIRM
5  6671 S. Las Vegas Blvd., Suite 275
   Las Vegas, NV 89119
6  O: (702) 800-6000
7  F: (702) 224-2114
   sc@stevedimopoulos.com
8  *Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDDIE FRIERSON, an individual; ALBERTO CARDOSO-RAMIREZ, an individual; ANA FIGUEROA-CUEVA, an individual; DEANNA DANIELS, an individual; JANELLE JOHNSON, an individual; JOSEPH JOHNSON, an individual; JAYDEN EGGLESTON, an individual; MELISA GUTIERREZ-TOLOSA, an individual; MICHAEL MARTINEZ, an individual; STACY MARTINEZ, an individual; SADIE JOSEIF, an individual; KEVIN JOSEIF, an individual; TRAVIS SCARBROUGH, an individual; MARIELA ESTRADA, an individual; KWANTIDA PAYAKKA, an individual; JOEL MARTINEZ GUERRA, an individual; ROCIO MEDINA SOLARTE, an individual,TONI O'NEILL, an individual; and, ARTURO CASTANARES, and individual,<br><br>Plaintiffs,<br><br>vs.<br><br>FRONTIER AIRLINES, Inc., a Colorado Corporation; Doe Individuals 1-XX, inclusive; and ROE Entities 1-XX,<br><br>Defendants. | CASE NO.:   2:24-CV-02181<br><br><br><br><br><br>**PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES** |

1  The undersigned, counsel of record for EDDIE FRIERSON, ALBERTO CARDOSO-RAMIREZ, ANA FIGUEROA-CUEVA, DEANNA DANIELS, JANELLE JOHNSON, JOSEPH JOHNSON, JAYDEN EGGLESTON, MELISA GUTIERREZ-TOLOSA, MICHAEL MARTINEZ, STACY MARTINEZ, SADIE JOSEIF, KEVIN JOSEIF, TRAVIS SCARBROUGH, MARIELA ESTRADA, KWANTIDA PAYAKKA, JOEL MARTINEZ GUERRA, ROCIO MEDINA SOLARTE, TONI O'NEILL and, ARTURO CASTANARES,  (hereinafter referred to as "PLAINTIFFS") and all those similarly situated, hereby certifies that there are no known interested parties, other than those participating in the case, that have an interest in the outcome of this case. PLAINTIFFS reserve the right to supplement this disclosure.

These representations are made to enable judges of the Court to evaluate possible recusal.

Dated this 10th day of December 2024.



DIMOPOULOS INJURY LAW

*(signature)*

STEVE DIMOPOULOS, ESQ., NV Bar No. 12729
JARED B. KAHN, ESQ., NV Bar No. 12603
SCOTT R. COOK, ESQ., NV Bar No. 5265
DIMOPOULOS LAW FIRM
6671 S. Las Vegas Blvd., Suite 275
Las Vegas, NV 89119
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of December, 2024, I served a true and correct copy of the foregoing **PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES** through the CM/ECF system of the United States District Court for the District of Nevada (or, if necessary, by United States Mail at Las Vegas, Nevada, postage fully prepaid) upon the following:

CHARLES A MICHALEK, ESQ.
ROGERS, MASTERANGELO, CARVALHO & MITCHELL
700 S. Third Street
Las Vegas, NV 89101

And

BRIAN MAYE, ESQ.
(Pro Hac Vice Application Pending)
Fitzpatric, Hunt & Pagano, LLP
10 S. LaSalle Street, Suite 3400
Chicago, IL 60603

*/s/ Amber Henderson*

An Employee of DIMOPOULOS INJURY LAW