1  STEVE DIMOPOULOS, ESQ.
   Nevada Bar No. 12729
2  JARED B. KAHN, ESQ.
   Nevada Bar No. 12603
3  SCOTT R. COOK, ESQ.
   Nevada Bar No. 5265
4  DIMOPOULOS LAW FIRM
5  6671 S. Las Vegas Blvd., Suite 275
   Las Vegas, NV 89119
6  O: (702) 800-6000
7  F: (702) 224-2114
   sc@stevedimopoulos.com
8  *Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDDIE FRIERSON, an individual; ALBERTO CARDOSO-RAMIREZ, an individual; ANA FIGUEROA-CUEVA, an individual; DEANNA DANIELS, an individual; JANELLE JOHNSON, an individual; JOSEPH JOHNSON, an individual; JAYDEN EGGLESTON, an individual; MELISA GUTIERREZ-TOLOSA, an individual; MICHAEL MARTINEZ, an individual; STACY MARTINEZ, an individual; SADIE JOSEIF, an individual; KEVIN JOSEIF, an individual; TRAVIS SCARBROUGH, an individual; MARIELA ESTRADA, an individual; KWANTIDA PAYAKKA, an individual; JOEL MARTINEZ GUERRA, an individual; ROCIO MEDINA SOLARTE, an individual,TONI O'NEILL, an individual; and, ARTURO CASTANARES, and individual, <br><br> Plaintiffs, <br><br> vs. <br><br> FRONTIER AIRLINES, Inc., a Colorado Corporation; Doe Individuals 1-XX, inclusive; and ROE Entities 1-XX, <br><br> Defendants. | CASE NO.:   2:24-CV-02181 <br><br><br><br><br><br><br><br><br><br> **CERTIFICATE OF SERVICE** <br> **(of ECF 6 and ECF 7)** |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of November, 2024, I personally served a true and correct copy of **FIRST AMENDED COMPLAINT (ECF 6) AND ERRATA TO FIRST AMENDED COMPLAINT TO ADD DEMAND FOR JURY TRIAL (ECF 7)** via the U.S. District Court, District of Nevada CM/ECF system to the following individuals:

CHARLES A MICHALEK, ESQ.
ROGERS, MASTERANGELO, CARVALHO & MITCHELL
700 S. Third Street
Las Vegas, NV 89101

And

BRIAN MAYE, ESQ.
(Pro Hac Vice Application Pending)
Fitzpatric, Hunt & Pagano, LLP
10 S. LaSalle Street, Suite 3400
Chicago, IL 60603
*Attorneys for Defendant FRONTIER AIRLINES, INC., a Colorado Corporation*

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct.

/s/ *M. Isis Crosby*
M. Isis Crosby, Paralegal
DIMOPOULOS LAW FIRM
6671 S. Las Vegas Blvd., Suite 275
Las Vegas, NV 89119
O: (702) 800-6000
F: (702) 224-2114