# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EDDIE FRIERSON, et al.,

    Plaintiff(s),

vs.

FRONTIER AIRLINES, INC.,

    Defendant(s).

Case # 2:24-cv-02181-RFB-BNW

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____BRIAN T. MAYE_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

FITZPATRICK, HUNT, & PAGANO, LLP
(firm name)

with offices at ___10 South LaSalle Street, Suite 3400___,
(street address)

___Chicago___, ___Illinois___, ___60603___,
(city)           (state)           (zip code)

___(312) 728-4905___, ___brian.maye@fitzhunt.com___.
(area code + telephone number)     (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

___Frontier Airlines, Inc.___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since ___June 6, 2006___ (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of ___Illinois___ (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. Court of Appeals for the Armed Forces | 8/30/2002 | 32571 |
| Northern District of Illinois | 12/22/2005 | 6288778 |
| Illinois | 6/6/2006 | 6288778 |
| E.D. of Michigan | 4/9/2008 | |
| US Court of Appeals, Seventh Circuit | 11/19/2008 | |
| US Court of Appeals, Tenth Circuit | 11/9/2024 | |
| Please see addendum for additional admissions | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

Chicago Bar Association.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| September 26, 2019 | Delvecchia v Frontier | District Court | Granted |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____Nevada____ )
                        )
COUNTY OF ____Clark____  )

____Brian T. Maye____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__6__ day of __December__, __2024__.

__Kathleen Argus_____
Notary Public or Clerk of Court

KATHLEEN ARGUS
Official Seal
Notary Public - State of Illinois
My Commission Expires Sep 9, 2025

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Charles A. Michalek____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____700 South Third Street_____,
(street address)

____Las Vegas____, ____Nevada____, ____89101____,
(city)            (state)            (zip code)

____(702) 383-3400____, ____cmichalek@rmcmlaw.com____.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Charles A. Michalek_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_/s/_____
(party's signature)

Howard Diamond, EVP, Legal/Corporate Affairs, ~~Frontier~~
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_/s/_____
Designated Resident Nevada Counsel's signature

5721                     cmichalek@rmcmlaw.com
Bar number               Email address

APPROVED:

Dated: this __11__ day of __December__, 20__24__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

| State | Admission Date | Bar No. |
|---|---|---|
| Illinois | 6/6/2006 | 6288778 |
| **Federal Court** | **Admission Date** | **Bar No.** |
| Northern District of Illinois | 12/22/2005 | 6288778 |
| Northern District of Illinois Trial Bar | 12/22/2005 | |
| Eastern District of Michigan | 4/9/2008 | 6288778 |
| U.S. Court of Appeals for the Seventh Circuit | 12/19/2008 | |
| Eastern District of Wisconsin | 12/6/2011 | |
| District of Colorado | 2/11/2013 | |
| N.D. Indiana | 3/2014 | |
| Western District of NY | 12/21/2016 | |
| Western District of Oklahoma | 9/26/18 | |
| Western District of Pennsylvania | 2/13/19 | |
| Eastern District of Missouri | 8/12/19 | 467288DC |
| Middle District of NC | | |
| S.D. of Indiana | 10/31/19 | |
| E.D. of Indiana | | |
| Court of Appeals for the Armed Forces | 8/30/2002 | 32571 |
| The Navy-Marine Corps Court of Criminal Appeals | 12/15/2000 | |



# Attorney Registration and Disciplinary Commission
## of the
## Supreme Court of Illinois
### www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
12/6/2024

Re: Brian Timothy Maye
Attorney No. 6288778

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Brian Timothy Maye was admitted to practice law in Illinois on 6/6/2006; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Lea S. Gutierrez
Administrator

By: _____
Andrew Oliva
Registrar