AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| Eddie Frierson, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  2:24-cv-02181-RFB-BNW |
| Frontier Airlines, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FRONTIER AIRLINES, INC.

Date:   12/18/2024

/s/ Brian T. Maye
*Attorney's signature*

Brian T. Maye (admitted Pro Hac Vice - IL 6288778)
*Printed name and bar number*

Fitzpatrick, Hunt & Pagano, LLP
10 S. LaSalle Street, Suite 3400
Chicago, IL 60603
*Address*

brian.maye@fitzhunt.com
*E-mail address*

(312) 728-4905
*Telephone number*

(312) 728-4950
*FAX number*