1  STEVE DIMOPOULOS, ESQ.
   Nevada Bar No. 12729
2  JARED B. KAHN, ESQ.
   Nevada Bar No. 12603
3  SCOTT R. COOK, ESQ.
   Nevada Bar No. 5265
4  DIMOPOULOS LAW FIRM
5  6671 S. Las Vegas Blvd., Suite 275
   Las Vegas, NV 89119
6  O: (702) 800-6000
   F: (702) 224-2114
7  sc@stevedimopoulos.com

8  *Attorneys for Plaintiffs*

9

10 CHARLES A. MICHALEK, ESQ.
   Nevada Bar No. 5721
11 ROGERS, MASTRANGELO, CARVALHO & MITCHELL
12 700 South Third Street
   Las Vegas, Nevada 89101
13 Phone (702) 383-3400
   Fax (702) 384-1460
14 Email: cmichalek@rmcmlaw.com
   -and-
15 BRIAN T. MAYE, ESQ.
   (Admitted Pro Hac Vice)
16 FITZPATRICK, HUNT & PAGANO, LLP
17 10 South LaSalle Street, Suite 3400
   Chicago, Illinois 60603
18 Phone (312) 728-4000
   Fax (312) 728-4950
19 Email: brian.maye@fitzhunt.com

20 *Attorneys for Defendant Frontier Airlines, Inc.*

21                **UNITED STATES DISTRICT COURT**

22                       **DISTRICT OF NEVADA**

23

24                                          CASE NO.:  2:24-cv-02181

25

26

27

28



| | |
|---|---|
| 1  EDDIE FRIERSON, an individual; ALBERTO CARDOSO-RAMIREZ, an individual; ANA FIGUEROA-CUEVA, an individual; DEANNA DANIELS, an individual; JANELLE JOHNSON, an individual; JOSEPH JOHNSON, an individual; JAYDEN EGGLESTON, an individual; MELISA GUTIERREZ-TOLOSA, an individual; MICHAEL MARTINEZ, an individual; STACY MARTINEZ, an individual; SADIE JOSEIF, an individual; KEVIN JOSEIF, an individual; TRAVIS SCARBROUGH, an individual; MARIELA ESTRADA, an individual; KWANTIDA PAYAKKA, an individual; JOEL MARTINEZ GUERRA, an individual; ROCIO MEDINA SOLARTE, an individual; TONI O'NEILL, an individual; and, ARTURO CASTANARES, an individual; Plaintiffs, v. FRONTIER AIRLINES, INC., a Colorado Corporation; Doe Individuals 1-XX, inclusive; and ROE Entities 1-XX; Defendants. | **JOINT STATUS REPORT** (**SPECIAL SCHEDULING REVIEW REQUESTED**) |

COME NOW, Plaintiffs Eddie Frierson, Alberto Cardoso-Ramirez, Ana Figueroa-Cueva, Deanna Daniels, Janelle Johnson, Joseph Johnson, Jayden Eggleston, Melisa Gutierrez-Tolosa, Michael Martinez, Stacy Martinez, Sadie Joseif, Kevin Joseif, Travis Scarbrough, Mariela Estrada, Kwantida Payakka, Joel Martinez Guerra, Rocio Medina Solarte, Toni O'Neill and Arturo Castanares (collectively "Plaintiffs"), by and through their counsel, STEVE DIMOPOLOUS, ESQ., JARED B. KAHN, ESQ., and SCOTT R. COOK of DIMOPOULOS LAW FIRM, and Defendant, Frontier Airlines, Inc. ("Frontier"), by and through its counsel of record, CHARLES MICHALEK of Rogers, Mastrangelo, Carvalho & Mitchell and BRIAN MAYE of Fitzpatrick, Hunt & Pagano, LLP, and hereby submit this INITIAL JOINT CASE STATUS REPORT under Rule 26(f) and per the Minute Order of the Court dated November 22, 2024 (Document 4):

## PLAINTIFFS' NATURE OF THE CASE

This matter arises from an emergency crash landing of Frontier Airlines Flight 1326 at Harry Reid Airport in Las Vegas, Nevada, on October 5, 2024, and claims of permanent and disabling injuries incurred by Plaintiff passengers on the flight.

## DEFENDANT'S NATURE OF THE CASE

This matter arises from the landing of Frontier Airlines Flight 1326 at Harry Reid Airport in Las Vegas, Nevada, on October 5, 2024, which resulted in the tires of the aircraft to overheat and catch fire. Plaintiffs, who were passengers on the flight, are claiming that they sustained injuries related to the incident.

## HISTORY OF THE CASE

1. Plaintiffs filed their Complaint on October 21, 2024.
2. Frontier was served on November 5, 2023.
3. On November 21, 2024, Frontier removed this action from the Eighth Judicial District Court, Clark County, Nevada to the United States District Court for the District of Nevada.
4. Plaintiffs filed their First Amended Complaint on November 22, 2024.
5. Frontier filed its Answer in the federal court action on December 6, 2024.
6. Frontier filed its Statement Regarding Removal on December 6, 2024
6. The parties held their FRCP 26(f) conference on December 18, 2024.
7. Plaintiffs have advised they will file a Second Amended Complaint and add additional plaintiffs to this action.
8. There are no pending motions or other matters which require the attention of the Court at this time.

## PLAINITFFS' KEY ISSUES/CONCERNS

Plaintiffs anticipate the development of the case and discovery will involve liability and the extent of damages raised and claims and defenses related to the same. It is anticipated that there will

be extensive discovery practice and multiple experts engaged. No issues are scheduled pending the filing of a Scheduling Order.

### DEFENDANT'S KEY ISSUES/CONCERNS

The parties anticipate discovery to focus on determining the cause of the tires overheating and catching fire, and to what extent Plaintiffs may have sustained injuries related to the incident.

### ELECTRONIC DISCOVERY AND PRESERVATION

The parties have agreed to mutually preserve electronically stored information that may be discoverable under Rule 26(b).

### CONFIDENTIALITY

The parties intend to file a joint motion for a protective order regarding confidentiality.

### DISCOVERY

- The parties anticipate a discovery period 18 to 24 months due to the number of parties, anticipated medical providers, and expert discovery regarding liability and damages. The parties have further agreed to work with each other to establish reasonable discovery periods and cooperate with each other to complete the same. Specific dates have not been discussed pending a Scheduling Hearing regarding the same but the parties suggest the following:
- Initial Disclosures: January 17, 2025
- Motion to Amend Pleadings or Add Parties: March 27, 2026
- Close of Fact Discovery: May 21, 2026
- Plaintiffs' Disclosure of Experts: June 18, 2026
- Defendant's Disclosure of Experts: July 23, 2026
- Plaintiffs' Rebuttal Experts: August 20, 2026
- Dispositive Motions: September 24, 2026

ALTERNATIVE DISPUTE RESOLUTION

The parties agree it is premature to discuss Alternative Dispute Resolution pending discovery but have agreed to participate in Alternative Dispute Resolution with a third party neutral and use good faith efforts to resolve the matter prior to trial.

DATED this  24th  day of December 2024.         DATED this   24th   day of December 2024.

DIMOPOULOUS LAW FIRM                              ROGERS, MASTRANGELO, CARVALHO & MITCHELL

*/s/ Scott R. Cook*                                */s/ Brian T. Maye*
_____                    _____
SCOTT R. COOK, ESQ.                                CHARLES A. MICHALEK, ESQ.
Nevada Bar No. 5265                                Nevada Bar No. 5721
DIMOPOULOS LAW FIRM                                ROGERS, MASTRANGELO, CARVALHO & MITCHELL
6671 S. Las Vegas Blvd., Suite 275                 700 South Third Street
Las Vegas, NV 89119                                Las Vegas, Nevada 89101
Phone: (702) 800-6000                              Phone (702) 383-3400
Fax: (702) 224-2114                                Fax (702) 384-1460
sc@stevedimopoulos.com                             Email: cmichalek@rmcmlaw.com

*Attorneys for Plaintiffs*

                                                   -and-

                                                   BRIAN T. MAYE, ESQ.
                                                   (Admitted Pro Hac Vice)
                                                   FITZPATRICK, HUNT & PAGANO, LLP
                                                   10 South LaSalle Street, Suite 3400
                                                   Chicago, Illinois 60603
                                                   Phone (312) 728-4000
                                                   Fax (312) 728-4950
                                                   Email: brian.maye@fitzhunt.com