1  STEVE DIMOPOULOS, ESQ.
   Nevada Bar No. 12729
2  JARED B. KAHN, ESQ.
   Nevada Bar No. 12603
3  SCOTT R. COOK, ESQ.
4  Nevada Bar No. 5265
   DIMOPOULOS LAW FIRM
5  6671 S. Las Vegas Blvd., Suite 275
   Las Vegas, NV 89119
6  O: (702) 800-6000
7  F: (702) 224-2114
   sc@stevedimopoulos.com
8  *Attorneys for Plaintiffs*

9
10                    **UNITED STATES DISTRICT COURT**

                           **DISTRICT OF NEVADA**
11

12  EDDIE FRIERSON, an individual; ALBERTO           CASE NO.:   2:24-CV-02181
    CARDOSO-RAMIREZ, an individual; ANA
13  FIGUEROA-CUEVA, an individual;
    DEANNA DANIELS, an individual;                  **STIPULATION AND ORDER TO**
14  JANELLE JOHNSON, an individual; JOSEPH          **AMEND PLAINTIFFS' COMPLAINT**
    JOHNSON, an individual; JAYDEN
15  EGGLESTON, an individual; MELISA
    GUTIERREZ-TOLOSA, an individual;
16  MICHAEL MARTINEZ, an individual;
17  STACY MARTINEZ, an individual; SADIE
    JOSEIF, an individual; KEVIN JOSEIF, an
18  individual; TRAVIS SCARBROUGH, an
    individual; MARIELA ESTRADA, an
19  individual; KWANTIDA PAYAKKA, an
    individual; JOEL MARTINEZ GUERRA, an
20  individual; ROCIO MEDINA SOLARTE, an
    individual; TONI O'NEILL, an individual;
21  ARTURO CASTANARES, an individual;
22  CRYSTAL HARPER, an individual; DREW
    DAVIDSON, an individual; PROMIT SINHA,
23  an individual; BRAIDEN WALKER, an
    individual; JESSICA NICOLE MEDLIN, an
24  individual; JAMIE MICHELE MEDLIN, an
25  individual; JONATHAN STEVEN PUTRIS,
    an individual; PAGE CAPPER, an individual;
26  ALONDRA SOTO, an individual; and LUCAS
    SHOOK, an individual;
27
28              Plaintiffs,

vs.

FRONTIER AIRLINES, INC., a Colorado Corporation; Doe Individuals 1-XX, inclusive; and ROE Entities 1-XX,

Defendants.

## STIPULATION AND ORDER TO AMEND PLAINTIFFS' COMPLAINT

IT IS HEREBY STIPULATED, by and between Plaintiffs, Eddie Frierson, Alberto Cardoso-Ramirez, Ana Figueroa-Cueva, Deanna Daniels, Janelle Johnson, Joseph Johnson, Jayden Eggleston, Melisa Gutierrez-Tolosa, Michael Martinez, Stacy Martinez, Sadie Joseif, Kevin Joseif, Travis Scarbrough, Mariela Estrada, Kwantida Payakka, Joel Martinez Guerra, Rocio Medina Solarte, Toni O'Neill, Arturo Castanares, Crystal Harper, Drew Davidson, Promit Sinha, Braiden Walker, Jessica Nicole Medlin, Jamie Michele Medlin, Jonathan Steven Putris, Page Capper, Alondra Soto, and Lucas Shook, through their counsel of record, STEVE DIMOPOLOUS, ESQ., JARED B. KAHN, ESQ., and SCOTT R. COOK of DIMOPOULOS LAW FIRM; and Defendants, FRONTIER AIRLINES, INC., by and through their counsel of record, BRIAN T. MAYE, ESQ. of FITZPATRICK, HUNT & PAGANO, LLP; to amend the Plaintiffs' Complaint on file herein to add Crystal Harper, Drew Davidson, Promit Sinha, Braiden Walker, Jessica Nicole Medlin, Jamie Michele Medlin, Jonathan Steven Putris, Page Capper, Alondra Soto, and Lucas Shook as additional Plaintiffs in the above-entitled action.

/ / /

/ / /

/ / /

1  A copy of the proposed First Amended Complaint in this matter is attached hereto as **Exhibit 1.**

DATED this __27th__ day of January 2025.                    DATED this __27th__ day of January 2025.

**DIMOPOULOS LAW FIRM**                                     **FITZPATRICK, HUNT & PAGANO, LLP**

*/s/ Scott R. Cook*                                         */s/ Brian T. Maye*

_____                               _____
SCOTT R. COOK, ESQ.                                         BRIAN T. MAYE, ESQ. (Pro Hac Vice)
Nevada Bar No. 5265                                         Illinois Bar No. 6288778
6671 S Las Vegas Blvd, Suite 275                            10 S LaSalle St., Ste 3400
Las Vegas, NV 89119                                         Chicago, IL 60603
*Attorney for Plaintiffs*                                   *Attorney for Defendants*

**ORDER**

IT IS SO ORDERED.

_____