STEVEN K. DIMOPOULOS, ESQ.
Nevada Bar No. 12729
BRIGETTE E. FOLEY, ESQ.
Nevada Bar No. 12965
DIMOPOULOS LAW FIRM
6671 S. Las Vegas Blvd., Suite 275
Las Vegas, NV 89119
O: (702) 800-6000
F: (702) 224-2114
bef@stevedimopoulos.com
shh@stevedimopoulos.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EDDIE FRIERSON, an individual; ALBERTO CARDOSO-RAMIREZ, an individual; ANA FIGUEROA-CUEVA, an individual; DEANNA DANIELS, an individual; JANELLE JOHNSON, an individual; JOSEPH JOHNSON, an individual; JAYDEN EGGLESTON, an individual; MELISA GUTIERREZ-TOLOSA, an individual; MICHAEL MARTINEZ, an individual; STACY MARTINEZ, an individual; SADIE JOSEIF, an individual; KEVIN JOSEIF, an individual; TRAVIS SCARBROUGH, an individual; MARIELA ESTRADA, an individual; KWANTIDA PAYAKKA, an individual; JOEL MARTINEZ GUERRA, an individual; ROCIO MEDINA SOLARTE, an individual,TONI O'NEILL, an individual; and, ARTURO CASTANARES, and individual, Plaintiffs, vs. FRONTIER AIRLINES, Inc., a Colorado Corporation; Doe Individuals 1-XX, inclusive; and ROE Entities 1-XX, Defendants. | CASE NO.:   2:24-CV-02181 **NOTICE OF DISASSOCIATION OF COUNSEL AND CHANGE OF HANDLING ATTORNEY** |

**TO:   THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD**

PLEASE TAKE NOTICE that effective immediately, Plaintiffs, by and through their counsel of record, DIMOPOULOS LAW FIRM, hereby give notice that JARED B. KAHN, ESQ. (SBN 12603) and SCOTT R. COOK, ESQ. (SBN 5265) are no longer attorneys associated with the DIMOPOULOS LAW FIRM, and therefore no longer need notices related to this case.

DIMOPOULOS LAW FIRM will continue to represent the Plaintiffs. The handling attorneys for the Plaintiffs going forward are as follows:

>STEVEN K. DIMOPOULOS, ESQ.
>Nevada Bar No. 12729
>BRIGETTE E. FOLEY, ESQ.
>Nevada Bar No. 12965
>**DIMOPOULOS LAW FIRM**
>6671 S. Las Vegas Blvd., Suite 275
>Las Vegas, NV 89119
>O: (702) 800-6000
>F: (702) 224-2114
>bef@stevedimopoulos.com
>shh@stevedimopoulos.com

Please update your service lists accordingly.

**DATED** this 3rd Day of April, 2025.

**DIMOPOULOS LAW FIRM**

*/s/ Brigette E. Foley*
STEVEN K. DIMOPOULOS, ESQ.
Nevada Bar No. 12729
BRIGETTE E. FOLEY, ESQ.
Nevada Bar No. 12965
6671 S. Las Vegas Blvd., Suite 275
Las Vegas, NV 89119
O: (702) 800-6000
F: (702) 224-2114
bef@stevedimopoulos.com
shh@stevedimopoulos.com

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that I am an employee of **DIMOPOULOS LAW FIRM** and on the 3rd Day of April, 2025, I served the foregoing document:

**NOTICE OF DISASSOCIATION OF COUNSEL AND
CHANGE OF HANDLING ATTORNEY**

via both First-Class U.S. Mail and electronic service on the following individuals and law firms:

CHARLES A. MICHALEK, ESQ.
Nevada Bar No. 5721
**ROGERS MASTRANGELO, CARVALHO & MITCHELL**
700 South Third Street
Las Vegas, Nevada 89101
Phone: (702) 383-3400
Fax: (702) 384-2460
cmichalek@rmcmlaw.com

BRIAN T. MAYE, ESQ.
Admitted Pro Hac Vice
**FITZPATRICK, HUNT & PAGANO, LLP**
10 South LaSalle Street, Suite 3400
Chicago, Illinois 60603
Phone: (312) 728-4000
Fax: (312) 728-4950
brian.maye@fitzhunt.com

*/s/ Sarah Huffman*
_____
An employee of **DIMOPOULOS LAW FIRM**