CHARLES A. MICHALEK, ESQ.
Nevada Bar No. 5721
Rogers, Mastrangelo, Carvalho & Mitchell
700 South Third Street
Las Vegas, Nevada 89101
Phone (702) 383-3400
Fax (702) 384-1460
Email: cmichalek@rmcmlaw.com

-and-

BRIAN T. MAYE, ESQ.
(Pro Hac Vice Admission)
Fitzpatrick, Hunt & Pagano, LLP
10 South LaSalle Street, Suite 3400
Chicago, Illinois 60603
Phone (312) 728-4000
Fax (312) 728-4950
Email: brian.maye@fitzhunt.com

*Attorneys for Defendant Frontier Airlines, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EDDIE FRIERSON, et al., | Case No.: 2:24-cv-02181-RFB-MDC |
| Plaintiffs, | |
| v. | |
| FRONTIER AIRLINES, INC., | |
| Defendant. | |

**STIPULATION REGARDING DISCOVERY DISPUTE**

Defendant Frontier Airlines, Inc. ("Frontier") and Plaintiffs, by their respective undersigned counsel, submit this Stipulation Regarding Discovery Dispute pursuant to Local Rules 1-1(b)(2) and U.S. Magistrate Judge Maximiliano Couvillier's Standing Order & Chambers Practices. The Parties respectfully submit the following for the Court's consideration:

i.        **Joint Summary of the Discovery Dispute**

Defendant Frontier Airlines, Inc.'s ("Frontier") served its initial written discovery on *Eddie Frierson, et al.* (twenty-nine (29) individuals hereafter referred to collectively as "Plaintiffs") on January 15, 2025. On January 27, 2025, Plaintiffs' counsel requested an extension to respond to written discovery. Frontier agreed to a 45-day extension, or until March 31, 2025. On April 17, 2025, counsel for Frontier contacted Plaintiff's counsel regarding the outstanding discovery responses. Plaintiffs' counsel advised that she had just taken over the case and requested a copy of the previously served requests, which was provided the same day. Then, over the course of the next six weeks, counsel for the Parties engaged in the process of attempting to schedule an early mediation. Counsel for Frontier consistently reminded Plaintiffs' counsel that it would be impossible for Frontier to engage in meaningful mediation, which is currently scheduled for **October 6-10, 2025**, without responses to written discovery.

Between June 16-18, 2025, Plaintiffs' counsel served responses to interrogatories for five Plaintiffs: Travis Scarbrough, Page Capper, Ana Figueroa-Cuevas, Alberto Cardoso-Ramirez, and Drew Davidson.  On July 15, 2025, counsel met and conferred regarding Plaintiffs' failure to completely respond to Frontier's first set of written discovery. While, as Plaintiffs' counsel noted in the meet and confer, they have made efforts to provide some responses, the lack of responses five months after the initial deadline and over three and a half months after the agreed extension necessitated the filing of this stipulation.

To date, Plaintiffs have not provided any documents in response to Frontier's requests for production for any of the Plaintiffs, and they have only provided the previously mentioned five responses to Frontier's first interrogatories to Plaintiffs. Frontier respectfully asks the Court to order Plaintiffs to fully respond to the written discovery at issue by August 15, 2025. Plaintiffs endeavor to provide complete responses by August 6, 2025.

**ii.    Meet and Confer Efforts Pursuant to LR IA 1-3(f) AND LR II 26-6**

In addition to many telephonic conferences between counsel, there is a long record of email correspondence between counsel regarding Plaintiffs' outstanding discovery responses. Most recently, Frontier's counsel, Brian Maye, held a formal meet and confer session by telephone with Brigette Foley, counsel for Plaintiffs, on July 15, 2025. Counsel addressed all requests that are the subject of this Motion. Counsel for the Parties were unable to reach agreement on any of the requests at issue. The Parties were, therefore, unable to resolve Plaintiffs' failure to respond to the written discovery requests.

**iii.    Plaintiffs' Efforts**

Plaintiffs intend to serve the discovery responses on a rolling basis, with the goal to have everything to Frontier's counsel by August 6, 2025. Plaintiffs' counsel has retained vendor Compex to obtain all the medical records and bills from all providers for Plaintiffs, and Plaintiffs' counsel has requested that the records be furnished by the end of July 2025. Plaintiffs' counsel has been unable to reach the following Plaintiffs, and, therefore, they will be seeking a voluntary dismissal of (1) Deanna Daniels; (2) Jayden Eggleston; (3) Rico Medina-Solarte; and (4) Braiden Walker.

Dated: July 21, 2025

| | |
|---|---|
| /s/ *Brigette E. Foley* | /s/ *Brian T. Maye* |
| BRIGETTE FOLEY, ESQ. | BRIAN T. MAYE, ESQ. |
| Nevada Bar No. 12965 | (Pro Hac Vice Admission) |
| Dimopoulos Law Firm | Fitzpatrick, Hunt & Pagano, LLP |
| 6671 S. Las Vegas Blvd., Suite 275 | 10 South LaSalle Street, Suite 3400 |
| Las Vegas, NV 89119 | Chicago, Illinois 60603 |
| Phone: (702) 800-6000 | Phone (312) 728-4000 |
| bef@stevedimopoulos.com | Email: brian.maye@fitzhunt.com |
| | |
| *Attorneys for Plaintiffs* | -and- |
| | |
| | CHARLES A. MICHALEK, ESQ. |
| | Nevada Bar No. 5721 |
| | ROGERS, MASTRANGELO, CARVALHO & MITCHELL |

3

700 South Third Street
Las Vegas, Nevada 89101
Phone (702) 383-3400
Email: cmichalek@rmcmlaw.com

***Attorneys for Defendant FRONTIER AIRLINES, INC.***

## CERTIFICATE OF SERVICE

I certify that on July 21, 2025, I caused the foregoing to be served via the CM/ECF filing system to all parties on the service list.

/s/ *Brian T. Maye*