**STEVE DIMOPOULOS, ESQ.**
Nevada Bar No. 12729
**JARED G. CHRISTENSEN, ESQ.**
Nevada Bar No. 11538
**SCOTT W. ULM, ESQ.**
Nevada Bar No. 12652
**DIMOPOULOS INJURY LAW**
400 S. 7th St., Suite 400
Las Vegas, Nevada 89101
O: (702) 800-6000
F: (702) 224-2114
jach@stevedimopoulos.com
su@stevedimopoulos.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| EDDIE FRIERSON, an individual; ALBERTO CARDOSO-RAMIREZ, an individual; ANA FIGUEROA-CUEVA, an individual; DEANNA DANIELS, an individual; JANELLE JOHNSON, an individual; JOSEPH JOHNSON, an individual; JAYDEN EGGLESTON, an individual; MELISA GUTIERREZ-TOLOSA, an individual; MICHAEL MARTINEZ, an individual; STACY MARTINEZ, an individual; SADIE JOSEIF, an individual; KEVIN JOSEIF, an individual; TRAVIS SCARBROUGH, an individual; MARIELA ESTRADA, an individual; KWANTIDA PAYAKKA, an individual; JOEL MARTINEZ GUERRA, an individual; ROCIO MEDINA SOLARTE, an individual, TONI O'NEILL, an individual; and, ARTURO CASTANARES, and individual, <br><br> Plaintiffs, <br><br> vs. <br><br> FRONTIER AIRLINES, Inc., a Colorado Corporation; Doe Individuals 1-XX, inclusive; and ROE Entities 1-XX, <br><br> Defendants. | CASE NO.:   2:24-CV-02181-RFB-MDC <br><br><br><br><br><br> **MOTION TO SUBSTITUTE HANDLING ATTORNEY WITHIN FIRM AND REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

DIMOPOULOS LAW, counsel for PLAINTIFFS, hereby requests that Jared G. Christensen, Esq. and Scott W. Ulm, Esq. be substituted in as counsel for the above-referenced matter, replacing

1  Brigette E. Foley, Esq., Scott R. Cook, Esq. and Jared B. Kahn, Esq. as attorneys of record for
2  Plaintiffs and will be the attorneys of record from this day forward.
3      Additionally, it is requested that the following attorneys be removed from the CM/ECF service
4  list as they are no longer associated with this matter:
5      Brigette E. Foley, Esq. – brigette.foley@lewisbrisbois.com
6      Scott R. Cook, Esq. – scook@cooperlevenson.com
7      Jared B. Kahn, Esq. – jkahn@jk-legalconsulting.com
8      DATED this Day of August 22, 2025.

**DIMOPOULOS INJURY LAW**

By: _____
**STEVE DIMOPOULOS, ESQ.**
Nevada Bar No. 12729
**JARED G. CHRISTENSEN, ESQ.**
Nevada Bar No. 11538
**SCOTT W. ULM, ESQ.**
Nevada Bar No. 12652
400 S. 7th St., Suite 400
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 9-26-25

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that I am an employee of **DIMOPOULOS LAW FIRM** and on the 22nd day of August, 2025, I caused the foregoing **MOTION TO SUBSTITUTE HANDLING ATTORNEY WITHIN FIRM AND REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** to be served via electronic service as follows:

CHARLES A. MICHALEK, ESQ.
**ROGERS MASTRANGELO, CARVALHO & MITCHELL**
700 South Third Street
Las Vegas, Nevada 89101
Phone: (702) 383-3400
Fax: (702) 384-2460
cmichalek@rmcmlaw.com

BRIAN T. MAYE, ESQ. (Admitted *Pro Hac Vice*)
**FITZPATRICK, HUNT & PAGANO, LLP**
10 South LaSalle Street, Suite 3400
Chicago, Illinois 60603
Phone: (312) 728-4000
Fax: (312) 728-4950
brian.maye@fitzhunt.com

          */s/ Alexia Hernandez*
          An employee of **DIMOPOULOS INJURY LAW**