CHARLES A. MICHALEK, ESQ
Nevada Bar No. 5721
ROGERS, MASTRANGELO, CAVALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Telephone: (702) 383 3400
Facsimile: (702) 384 1460
Email: cmichalek@rmcmlaw.com

-and-

BRIAN T. MAYE, ESQ. (Pro Hac Vice)
Fitzpatrick, Hunt & Pagano, LLP
10 South LaSalle Street, Suite 3400
Chicago, Illinois 60603
Phone (312) 728-4000
Fax (312) 728-4950
Email: brian.maye@fitzhunt.com

Attorneys for Defendant,
FRONTIER AIRLINES, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDDIE FRIERSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FRONTIER AIRLINES, INC., et al.,<br><br>Defendant(s). | Case No.: 2:24-cv-02181-RFB-MDC<br><br>**MOTION TO WITHDRAW** |

**MOTION TO WITHDRAW**

NOW COMES Edward P. Tarolli and hereby moves this Court to grant his Motion to Withdraw as counsel of record for Defendant FRONTIER AIRLINES, INC. ("Defendant"), as he has since left Fitzpatrick, Hunt & Pagano, LLP. Defendant will continue to be represented by Brian T. Maye of Fitzpatrick, Hunt & Pagano, LLP and Charles A. Michalek of Rogers, Mastrangelo, Carvalho and Mitchell. Copies of this Motion have been served on the affected clients and opposing counsel pursuant

to Local Rule IA 11-6(b).

Dated: July 6, 2026

Respectfully submitted,

By: */s/ Edward P. Tarolli*
Edward P. Tarolli
(admitted *pro hac vice*)

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: 7-31-26

CLYDE & CO LLP
355 S. Grand Avenue, Suite 1400
Los Angeles, CA 90071
Telephone: 213 358 7600

# CERTIFICATE OF SERVICE

Pursuant to LR IC 4-1, I hereby certify that I on the 22nd day of June, 2026, the foregoing MOTION TO WITHDRAW AS COUNSEL was filed with the United States District Court for the District of Nevada using the CM/ECF System that will send copies to all counsel of record, pursuant to Federal Rule of Civil Procedure 5(b)(2)(E) and LR IC 4-1(a):

Jared G. Christensen, Esq.
Scott W. Ulm, Esq.
DIMOPOULOS INJURY LAW
400 S. 7th Street, Suite 400
Las Vegas, Nevada 89119
jach@stevedimopoulos.com
su@stevedimopoulos.com

Brian Maye, Esq.
FITZPATRICK, HUNT & PAGANO, LLP
10 South LaSalle Street, Suite 3400
Chicago, Illinois 60603
brian.maye@fitzhunt.com

Charles A. Michalek, Esq.
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 S. Third Street
Las Vegas, Nevada 89101
cmichalek@rmcmlaw.com

CLYDE & CO LLP
355 S. Grand Avenue, Suite 1400
Los Angeles, CA 90071
Telephone: 213 358 7600